UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPERIUM INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNIGARD INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No.: 1:13-CV-01707JLT<br><br>**ORDER GRANTING STIPULATION TO AMEND THE SCHEDULING ORDER**<br><br>**(Doc. 31)** |

### ORDER

Based upon the stipulation of the parties, the Court **ORDERS**:

1.   The Dispositive Motion Filing Date in this matter shall be March 19, 2014;

2.   All other related dates, including the dates for the filing of oppositions, replies, and the hearing date, remain unchanged.

IT IS SO ORDERED.

Dated:   **March 7, 2014**                              **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE

1