Kevin P. McNamara, Esq., SBN 180690
**TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**
626 Wilshire Boulevard, Suite 800
Los Angeles, California 90017
Telephone: (213) 624-4500
Facsimile: (213) 624-0820
E-Mail: kmcnamara@traublieberman.com

Attorneys for Plaintiff and Counterdefendant,
IMPERIUM INSURANCE COMPANY,
formerly known as DELOS INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| IMPERIUM INSURANCE COMPANY, formerly known as DELOS INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNIGARD INSURANCE COMPANY; FERNANDO SANCHEZ; AGRI MIX TRANSPORT, INC., formerly known as JUAREZ BROTHERS TRUCKING, INC.; and, DOES 1 to 10, Inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.: 1:13-CV-01707-LJO-JLT<br><br>STIPULATION AND ORDER TO DISMISS PLAINTIFF'S FIFTH CLAIM FOR RELIEF FOR REIMBURSEMENT OF DEFENSE EXPENSES ONLY, WITHOUT PREJUDICE<br><br>(Doc. 61) |

///
///
///
///
///
///
///

1

STIPULATION AND ORDER TO DISMISS PLAINTIFF'S FIFTH CLAIM FOR RELIEF FOR
REIMBURSEMENT OF DEFENSE EXPENSES ONLY

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the Fifth Claim for Relief, For Reimbursement of Defense Expenses, brought against defendant Unigard Insurance Company, in the complaint in this action by plaintiff Imperium Insurance Company, formerly known as Delos Insurance Company, and that claim for relief only, is dismissed without prejudice.

Dated: September 25, 2014                TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

By:   /s/ Kevin P. McNamara
      Kevin P. McNamara
      Attorneys for Plaintiff and Counterdefendant,
      IMPERIUM INSURANCE COMPANY
      formerly known as DELOS INSURANCE COMPANY

Dated: September 25, 2014                BROWN, BROWN & KLASS

By:   /s/ Marguerite L. Brown
      Marguerite L. Brown
      Barbara Kekich
      Attorneys for Defendant and Counterclaimant,
      UNIGARD INSURANCE COMPANY

Dated: September 25, 2014                LAW OFFICES OF BOOTH & KOSKOFF

By:   /s/ Roger E. Booth
      Roger E. Booth
      Attorneys for Defendant and
      Counterdefendant, FERNANDO SANCHEZ

IT IS SO ORDERED.

   Dated:   **October 1, 2014**            **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO DISMISS PLAINTIFF'S FIFTH CLAIM FOR RELIEF FOR REIMBURSEMENT OF DEFENSE EXPENSES ONLY