1   Kevin P. McNamara, Esq., SBN 180690
**TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**
2   626 Wilshire Boulevard, Suite 800
Los Angeles, California 90017
3   Telephone: (213) 624-4500
Facsimile: (213) 624-0820
4   E-Mail: kmcnamara@traublieberman.com

5   Attorneys for Plaintiff and Counterdefendant,
IMPERIUM INSURANCE COMPANY,
6   formerly known as DELOS INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| IMPERIUM INSURANCE COMPANY, formerly known as DELOS INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> UNIGARD INSURANCE COMPANY; FERNANDO SANCHEZ; AGRI MIX TRANSPORT, INC., formerly known as JUAREZ BROTHERS TRUCKING, INC.; and, DOES 1 to 10, Inclusive, <br><br> Defendants. | Case No.: 1:13-CV-01707 JLT <br><br> **JUDGMENT IN FAVOR OF IMPERIUM INSURANCE COMPANY AND AGAINST UNIGARD INSURANCE COMPANY** <br><br> **(Doc. 66)** |
| UNIGARD INSURANCE COMPANY, <br><br> Counterclaimant, <br><br> vs. <br><br> IMPERIUM INSURANCE COMPANY, formerly known as DELOS INSURANCE COMPANY, FERNANDO SANCHEZ; AGRI MIX TRANSPORT, INC., formerly known as JUAREZ BROTHERS TRUCKING, INC.; VINCENTE PENA, and ROES 1 to 20, Inclusive, <br><br> Counterdefendants. | |

Pursuant to the Order of this Court granting the Motion for Partial Summary Judgment of plaintiff Imperium Insurance Company, formerly known as Delos Insurance Company (hereinafter "Imperium"), and denying the Motion for Summary Judgment of Unigard Insurance Company (hereinafter "Unigard"):

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Imperium has no duty to defend Agri-Mix Transport, Inc., formerly known as Juarez Brothers Trucking, Inc., in the action titled *Fernando Sanchez v. Seaco Technologies, Inc., et al.*, filed on or about August 6, 2012 in the Superior Court for the State of California, County of Kern, Case Number S-1500-CV-277330 WDP (hereinafter "the Underlying Action") under Imperium's Trucker's Policy, number DTP7400107 (hereinafter "the Imperium Policy");

2. Unigard has a duty to defend Agri-Mix Transport, Inc., formerly known as Juarez Brothers Trucking, Inc., in the Underlying Action, under Unigard's multi-line commercial insurance policy, number CM004237 (hereinafter "the Unigard Policy");

3. Imperium has no duty to indemnify Agri-Mix Transport, Inc., formerly known as Juarez Brothers Trucking, Inc., in the Underlying Action under the Imperium Policy;

4. Unigard has a duty to indemnify Agri-Mix Transport, Inc., formerly known as Juarez Brothers Trucking, Inc., in the Underlying Action, under the Unigard Policy if liability is established as to any of the insureds;

5. Imperium shall recover its costs as the prevailing party in this action;

6. Because this judgment disposes of the entire case, the Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated: __October 16, 2014__      _____/s/ Jennifer L. Thurston__
                                                       UNITED STATES MAGISTRATE JUDGE